**Victor Gomez–FLECHA, Plaintiff, Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant, Appellee.**

**No. 04–1131.**

United States Court of Appeals, First Circuit.

Oct. 14, 2004.

Melba N. Rivera–Camacho on brief for appellant.

Robert M. Peckrill, Assistant Regional Counsel, Social Security Administration, H.S. Garcia, United States Attorney, and Lisa E. Bhatia, Assistant United States Attorney, on brief for appellee.

Before BOUDIN, Chief Judge, LIPEZ and HOWARD, Circuit Judges.

PER CURIAM.

After carefully considering the briefs and record on appeal, we affirm for sub-stantially the reasons stated by the magistrate judge.

Despite his obesity, substantial evidence supported the determination that the appellant was not disabled. *Irlanda Ortiz v. Sec'y. of Health and Human Serv.,* 955 F.2d 765 (1st Cir.1991). The appellant does not establish that the ALJ failed to apply the proper standard in evaluating his pain. *Avery v. Sec'y. of Health and Human Serv.,* 797 F.2d 19 (1st Cir.1986). The appellant's other arguments are equally unavailing.

*Affirmed.* 1st Circ. Rule 27(c).